**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

BOBBY JACKSON,

    Plaintiff,

vs.   CASE NO. 6:06-CV-217-ORL-19KRS

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 9, filed September 14, 2006). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 9) is **ADOPTED and AFFIRMED.** Defendant's Motion to Dismiss (Doc. No. 6, filed July 31, 2006) is **GRANTED**, and this action is **DISMISSED** without prejudice. The Clerk of the Court shall close this file.

**DONE AND ORDERED** at Orlando, Florida, this   26th   day of October, 2006.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record